**Kevin Adrain WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64324.**

Missouri Court of Appeals,
Western District.

July 5, 2005.

Sarah W. Patel, Kansas City, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before: EDWIN H. SMITH, C.J., ROBERT G. ULRICH and JAMES M. SMART, JR., JJ.

**ORDER**

PER CURIAM.

Kevin Williams appeals the denial of his motion for post-conviction relief pursuant to Rule 29.15. In his sole point on appeal, Mr. Williams contends that he was denied effective assistance of trial counsel when his counsel failed to move to suppress

statements allegedly procured through a promise of leniency.

The judgment is affirmed. Rule 84.16(b).